# EXHIBIT A

MAY/02/2019/THU 03:07 PM    MDJ23106                    FAX No. 610-921-3625                    P. 006/012

| COMMONWEALTH OF PENNSYLVANIA COUNTY OF BERKS | | **POLICE CRIMINAL COMPLAINT** **COMMONWEALTH OF PENNSYLVANIA** **VS.** |
|---|---|---|

Magisterial District Number: 23-1-06

MDJ: Hon. **OEAN R. PATTON**
**3200 READING CREST AVE**

Address: **READING, PA 19605**

Telephone: **(610) 929-4440**

DEFENDANT: *(NAME and ADDRESS):*

| VINCENT | JOSEPH | SMITH | |
|---|---|---|---|
| First Name | Middle Name | Last Name | Gen |

**9 ST LUCIA CT**
**SINKING SPRING    PA 19608**

**NCIC Extradition Code Type**

- ☐ 1-Felony Full
- ☐ 2-Felony Ltd.
- ☒ 3-Felony Surrounding States
- ☐ 4-Felony No Ext
- ☐ 5-Felony Pend.
- ☐ 6-Felony Pend. Extradition Determ.
- ☐ A-Misdemeanor Full
- ☐ B-Misdemeanor Limited
- ☐ C-Misdemeanor Surrounding States
- ☐ D-Misdemeanor No Extradition
- ☐ E-Misdemeanor Pending
- ☐ F-Misdemeanor Pending Extradition Determ.
- ☐ Distance:

**DEFENDANT IDENTIFICATION INFORMATION**

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | Request Lab Services? |
|---|---|---|---|---|
| CR203-19 | 5/2/19 | 4704160-1 | 66-19-06347 | ☐ YES ☒ NO |

| GENDER | DOB | POB | Add'l DOB | Co-Defendant(s) |
|---|---|---|---|---|
| ☒ Male<br>☐ Female | 12/19/1962 | | | ☐ |

| AKA | First Name | Middle Name | Last Name | Gen. |
|---|---|---|---|---|

| RACE | ☒ White | ☐ Asian | ☐ Black | ☐ Native American | ☐ Unknown |
|---|---|---|---|---|---|

| ETHNICITY | ☐ Hispanic | ☒ Non-Hispanic | ☐ Unknown |
|---|---|---|---|

| HAIR COLOR | ☒ GRY (Gray)<br>☐ BLK (Black)<br>☐ BLN (Blonde / Strawberry) | ☐ RED (Red/Aubn.)<br>☐ ONG (Orange) | ☐ SDY (Sandy)<br>☐ WHI (White) | ☐ BLU (Blue)<br>☐ XXX (Unk/Bald) | ☐ PLE (Purple)<br>☐ GRN (Green) | ☐ BRO (Brown)<br>☐ PNK (Pink) |
|---|---|---|---|---|---|---|

| EYE COLOR | ☐ BLK (Black)<br>☐ HAZ (Hazel) | ☒ BLU (Blue)<br>☐ MAR (Maroon) | ☐ BRO (Brown)<br>☐ PNK (Pink) | ☑ GRN (Green)<br>☐ MUL (Multicolored) | ☐ GRY (Gray)<br>☐ XXX (Unknown) |
|---|---|---|---|---|---|

| DNA | ☐ YES ☒ NO | DNA Location | | WEIGHT (lbs.) |
|---|---|---|---|---|
| **FBI Number** | | MNU Number | | 185 |
| **Defendant Fingerprinted** | ☐ YES ☐ NO | | HEIGHT | |
| **Fingerprint Classification:** | | | 5 | 8 |

**DEFENDANT VEHICLE INFORMATION**

| Plate # | State | Hazmat | Registration Sticker (MM/YY) | Comm'l Veh. Ind. | School Veh. | Oth. NCIC Veh. Code | Reg. same |
|---|---|---|---|---|---|---|---|
| | | ☐ | | ☐ | ☐ | | |
| VIN | | Year | Make | Model | Style | Color | as Def.<br>☐ |

Office of the attorney for the Commonwealth    ☐ Approved    ☐ Disapproved Because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

| (Name of the attorney for the Commonwealth) | (Signature of the attorney for the Commonwealth) | (Date) |
|---|---|---|

I, **JAMES A. POLLOCK**                    **9620**        **JAP22**
(Name of the Affiant)                    PSP/MPOETC-Assigned Affiant ID Number and Badge #

of **Muhlenberg Township Police**                    **PA0061300**
(Identify Department or Agency Represented and Political Subdivision)    (Police Agency ORI Number)

do hereby state: (check appropriate box)

1.  ☒ I accuse the above named defendant who lives at the address set forth above

    ☐ I accuse the defendant whose name is unknown to me but who is described as _____

    ☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe

with violating the penal laws of the Commonwealth of Pennsylvania at [ 102 ]    **MUHLENBERG TOWNSHIP**
                                                    (Subdivision Code)    (Place-Political Subdivision)

    **THE BAIL SHOP 2834 N 5TH ST HWY    READING, PA**

In ___**BERKS**___ County [ 06 ] on or about    Between 04/15/2019 1200 and 04/27/2019 1630
                    (County Code)                (Offense Date)

AOPC 412A - Rev. 07/18                    RECEIVED MAY 2 2019        Page ___ of ___

MAY/02/2019/THU 03:07 PM    MDJ23106                    FAX No. 610-921-3625                    P. 007/012

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: CR-203-19 | Date Filed: 5/2/19 | OTN/LiveScan Number U 704166-1 | Complaint/Incident Number 66-19-06347 | |
|---|---|---|---|---|
| Defendant Name: | First: VINCENT | Middle: JOSEPH | Last: SMITH | |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered _____ through _____ .

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

_____     5/2/19     _____
                                    (Date)                                    (Signature of Affiant)

AND NOW, on this date ___5/2/19___ I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

23106
(Magisterial District Court Number)          _____
                                              (Issuing Authority)

MAY/02/2019/THU 03:07 PM    MDJ23106                    FAX No. 610-921-3625                    P. 008/012

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: CR 203-19 | Date Filed: 5/2/19 | OTN/LiveScan Number 4 704 1616-1 | Complaint/Incident Number 66-19-06347 |
|---|---|---|---|
| Defendant Name | First: VINCENT | Middle: JOSEPH | Last: SMITH |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense: | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☒ Conspiracy 18 903 | Number of Victims Age 60 or Older _____ |
|---|---|---|---|---|

| ☒ | 1 | 3922 | (a)(1) | of the | PA Crimes Code | 1 | F3 | | 110 | 26A |
|---|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Code | AOPC/UCR/NIBRS Code | |

| PennDOT Data (if Applicable) | Accident Number | _____ | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
THEFT BY DEC/FLSE IMPRSS

Acts of the accused associated with this Offense:
**18PaCS 3922(a)(1) Theft by Deception F3**

**IN THAT, on or about said date, THE DEFENDANT intentionally obtained or withheld property, namely, $5000.00 cash belonging to Dinora Vasquez, , by creating or reinforcing a false impression, namely, Vasquez presented $5000.00 cash to The Bail Shop for bail on her son Jess Morales, the owner of The Bail Shop is Kaley Damore (daughter of Defendant) present during the cash transaction in the business was The Defendant who was watching as the money was counted by The Office Staff ,as to law, value, intention or other state of mind, this being in violation of section 3922(a)(1) of the PA Crimes Code**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☒ Conspiracy 18 903 | Number of Victims Age 60 or Older _____ |
|---|---|---|---|---|

| ☐ | 2 | 3925 | (a) | of the | PA Crimes Code | 1 | F3 | | 130 | 280 |
|---|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Code | AOPC/UCR/NIBRS Code | |

| PennDOT Data (if Applicable) | Accident Number | _____ | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
RECEIVING STOLEN PROPERTY

Acts of the accused associated with this Offense:
**PACC 3925(a) Receiving Stolen Property, F3**

**IN THAT, on or about said date, THE DEFENDANT did intentionally receive, retain or dispose of movable property, namely, $5000.00 cash, belonging to Dinora Vasquez, with no intent to restore it to the owner, knowing that such property was stolen, or believing that it had probably been stolen, in violation of Section 3925(a) of the PA Crimes Code.**

MAY/02/2019/THU 03:07 PM   MDJ23106                FAX No. 610-921-3625                    P. 009/012

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: CR 203-19 | Date Filed: 5/2/19 | OTN/LiveScan Number U 704160(n=1 | Complaint/Incident Number 66-19-06347 |
|---|---|---|---|

| Defendant Name: | First VINCENT | Middle: JOSEPH | Last SMITH |
|---|---|---|---|

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ | Attempt 18 901 A | ☐ | Solicitation 18 902 A | ☒ | Conspiracy 18 903 | Number of Victims Age 60 or Older _____ |
|---|---|---|---|---|---|---|---|

| ☐ | 3 | 4107 | (a)(2) | of the | PA Crimes Code | 1 | F3 | | 110 | 26B |
|---|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Code | AOPC/UCR/NIBRS Code | |

| PennDOT Data (If Applicable) | Accident Number | | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
**DECEPT/BUSINESS/QUANTITY**

Acts of the accused associated with this Offense:
**PACC 4107(a)(2) Deceptive or Fraudulent Business Practices, F3**

 IN THAT, on or about said date, THE DEFENDANT in the course of business, did sell, offer or expose for sale, or deliver less than the represented quantity of a commodity or service, namely, took $5000.00 cash from Dinora Vasquez while purporting to operate as a licensed Bail Agent in Berks County PA then never submitting the bail to The Berks County Court System to ger Jesse Morales (son of victim) out of Berks County Prsion, Beks County Clerk of Courts has not issued nor is The Bail Shop and its owner Kaley Damore and her father Vincent Smith (Defendant) certified to write bail in Berks County PA The Defendant was present when the money was presented to office staff and also present on a follow up date when victim tried to find out what was going on with her money and the bail. , in violation of Section 4107(a)(2) of the Crimes Code.

<u>FILED ON INFORMATION RECEIVED AND INVESTIGATION CONDUCTED.</u>

MAY/02/2019/THU 03:07 PM    MDJ23106                    FAX No. 610-921-3625                    P. 010/012



**POLICE CRIMINAL COMPLAINT**

| Docket Number: CR203-19 | Date Filed: 5/2/19 | OTN/LiveScan Number U 704166-1 | Complaint/Incident Number 66-19-06347 |
|---|---|---|---|

| Defendant Name: | First VINCENT | Middle JOSEPH | Last SMITH |
|---|---|---|---|

## AFFIDAVIT OF PROBABLE CAUSE

On April 27, 2019 Dinora Vasquez contacted Muhlenberg Police Officer Samuel Calabria to report the following theft of money from her.

Vasquez went to The Bail Shop on April 15, 2019 located at 2845 N, 5th St. Highway and presented $5000.00 cash to the office staff (Belisa Luna and Ms. Janeyris) in an effort to get her son Jesse Morales bailed out of jail. Kaley Damore is listed as the President of the Company and Bail Agent. Her father Vincent Smith was present in the office during this transaction and was watching as the $5000.00 cash was counted out.

Vasquez came to the Police station on April 27, 2019 as her son still had not been released from jail and that The Bail Shop has not done anything to present the $5000.00 that she gave them in an effort to bail her son out of jail. When Vasquez went back to the Bail Shop to find out what was happening she was told they were waiting on their insurance to be approved so that the bail could be presented.

On April 30, 2019 this Investigator spoke with Beth Bond Deputy Clerk of the Berks County Clerk of Courts. She advised that The Bail Shop and Kaley Damore have never been issued a Bond License to write bail in Berks County and that both Kaley Damore and her father Vincent Smith have had their Bail Bond Agent licenses suspened by both The County of Berks and The PA Insurance Department. This was also confirmed with David J. Sweitzer Divison Chief of Pennsylvania Insurance Department Bureau of Licensing and Enforcement.

FILED ON INFORMATION RECEIVED AND INVESTIGATION CONDUCTED.

I, JAMES A. POLLOCK _____, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

(Signature of Affiant)

Sworn to me and subscribed before me this 2 day of May

5/2/19 Date _____    Magisterial District Judge

My commission expires first Monday of January, 2020

AOPC 411C - Rev. 07/18                                                                    Page ___ of ___

*Please provide the following information for each co-defendant*  **Co-Defendant Data Sheet**

| Docket Number:<br>CR 203-19 | Date Filed:<br>5/2/19 | OTN/LiveScan Number<br>4 704 1616-1 | | Complaint/Incident Number<br>66-19-06347 |
|---|---|---|---|---|
| Defendant Name | First:<br>VINCENT | Middle:<br>JOSEPH | Last:<br>SMITH | |

| Complaint/Incident Number:<br>66-19-06347 | | Co-Defendant # | 1 |
|---|---|---|---|
| KALEY ELIZABETH DAMORE | | | |
| (Name) | | | |
| 5107 STOUDTS FERRY BRIDGE RD | | | |
| (Home Street Address) | | | |
| READING, PA 19605 | | (610) 401-1207 | |
| (City, State & ZIP Code) | | (Telephone #) | |

# EXHIBIT B

MAY/02/2019/THU 03:06 PM    MDJ23106                FAX No. 610-921-3825              P. 091/012

ATTACHMENT U



File Copy

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BERKS

**Arrest Warrant**

| Mag. Dist. No. : MDJ-23-1-06 | Commonwealth of Pennsylvania |
| MDJ Name : Honorable Dean R. Patton | v. |
| Address : 3200 Reading Crest Avenue Reading, PA 19605 | Vincent J Smith |
| Telephone : 610-929-4440 | |

| Complaint No: | 66 19 06347 | Issued For: | Vincent J Smith |
| Charging Officer: | Pollock, James A. Jr. | Docket No: | MJ-23106-CR-0000203-2019 |
| Arresting Agency: | Muhlenberg Township Police Dept | | |
| Case Filed: | 05/02/2019 | NCIC OFF: | |
| OTN: | U 704166-1 | OOC: | |
| Reason For Warrant: | Felony | WARRANT ID: | DIS708594974 |
| Offense Date: | 04/15/2019 | Warrant Control No: | 23106-AW-0000249-2019 |
| Lead Offense: | 18 § 3922 §§ A1 Theft By Decep-False Impression | | |

— 15

**TO THE AGENCY: Berks County Sheriff**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, Vincent J Smith, into custody. When the defendant is taken into custody, bring the defendant before me at the Court address shown above to answer the complaint charging the defendant with the offense(s) set forth above and further to be dealt with according to law.

Witness the hand and official seal of the issuing authority on this 2nd day of May, 2019.

May 02, 2019
Date

Magisterial District Judge Dean R. Patton







MJ-23106-CR-0000203-2019



23106-AW-0000249-2019



Vincent J Smith

MDJS 417
Printed: 05/02/2019 10:31:50AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
610-929-4440

# EXHIBIT C

P. 001

/2019/THU 03:04 PM  MDJ23106                    FAX No. 610-921-3625

# POLICE CRIMINAL COMPLAINT
## COMMONWEALTH OF PENNSYLVANIA
### VS.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BERKS

Magisterial District Number: 23-3-06

MDJ: Hon.    DEAN R. PATTON
3200 READING CREST AVE

Address:    READING, PA 19605

Telephone:    (610) 929-4440

**DEFENDANT:**    *(NAME and ADDRESS):*    Gen

KALEY    ELIZABETH    DAMORE
First Name    Middle Name    Last Name

5107 STOUDTS FERRY BRIDGE RD
READING   PA 19605

### NCIC Extradition Code Type

| | | | |
|---|---|---|---|
| ☐ 1-Felony Full | ☐ 5-Felony Pend. | ☐ C-Misdemeanor Surrounding States | ☐ Distance: |
| ☐ 2-Felony Ltd. | ☐ 6-Felony Pend. Extradition Determ. | ☐ D-Misdemeanor No Extradition | |
| ☒ 3-Felony Surrounding States | ☐ A-Misdemeanor Full | ☐ E-Misdemeanor Pending | |
| ☐ 4-Felony No Ext | ☐ B-Misdemeanor Limited | ☐ F-Misdemeanor Pending Extradition Determ. | |

### DEFENDANT IDENTIFICATION INFORMATION

| | | |
|---|---|---|
| Docket Number | Date Filed | OTN/Livescan Number | Complaint/Incident Number | Request Lab Services? |
| CR204-19 | 5/3/19 | 4 704202-2 | 66-19-06347 | ☐ YES ☒ NO |

| GENDER | DOB 10/30/1991 | POB | Add'l DOB | Co-Defendant(s) |
|---|---|---|---|---|
| ☐ Male | First Name | Middle Name | Last Name | Gen. |
| ☒ Female | AKA | | | ☐ |

| RACE | ☒ White | ☐ Asian | ☐ Black | ☐ Native American | ☐ Unknown |
|---|---|---|---|---|---|

| ETHNICITY | ☐ Hispanic | ☒ Non-Hispanic | ☐ Unknown |
|---|---|---|---|

| HAIR COLOR | ☐ GRY (Gray) | ☐ RED (Red/Aubn.) | ☐ SDY (Sandy) | ☐ BLU (Blue) | ☐ PLE (Purple) | ☐ BRO (Brown) |
|---|---|---|---|---|---|---|
| | ☐ BLK (Black) | ☐ ONG (Orange) | ☐ WHI (White) | ☐ XXX (Unk/Bald) | ☐ GRN (Green) | ☐ PNK (Pink) |
| | ☒ BLN (Blonde / Strawberry) | | | | | |

| EYE COLOR | ☐ BLK (Black) | ☐ BLU (Blue) | ☐ BRO (Brown) | ☐ GRN (Green) | ☐ GRY (Gray) |
|---|---|---|---|---|---|
| | ☒ HAZ (Hazel) | ☐ MAR (Maroon) | ☐ PNK (Pink) | ☐ MUL (Multicolored) | ☐ XXX (Unknown) |

| DNA | ☐ YES ☒ NO | DNA Location | | WEIGHT (lbs) 135 |
|---|---|---|---|---|
| FBI Number | | MNU Number | | HEIGHT |
| Defendant Fingerprinted | ☐ YES ☐ NO | | | 5   2 |
| Fingerprint Classification | | | | |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) | Comm'l Veh. Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code ☐ | Reg. same as Def. ☐ |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | ☐ |

Office of the attorney for the Commonwealth ☐ Approved ☐ Disapproved Because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth Prior to filing. See Pa.R.Crim.P. 507).

(Name of the attorney for the Commonwealth)    (Signature of the attorney for the Commonwealth)    (Date)

I,   JAMES A. POLLOCK
(Name of the Affiant)

9620    JAP22
PSP/MPOETC Assigned Affiant ID Number and Badge #

of  Muhlenberg Township Police
(Identify Department or Agency Represented and Political Subdivision)

PA0061300
(Police Agency ORI Number)

do hereby state: (check appropriate box)

1.  ☒ I accuse the above named defendant who lives at the address set forth above
    ☐ I accuse the defendant whose name is unknown to me but who is described as _____

    ☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have
    therefore designated as John Doe or Jane Doe

    with violating the penal laws of the Commonwealth of Pennsylvania at [ 102 ]   MUHLENBERG TOWNSHIP
    (Subdivision Code)    (Place-Political Subdivision)

    THE BAIL SHOP 2834 N 6TH ST HWY   READING, PA

in ___ BERKS ___ County [ 06 ] on or about ___ Between 04/16/2019 1200 and 04/27/2019 1630
(County Code)    (Offense Date)

AOPC 412A - Rev. 07/18    RECEIVED NAY - 2 2019    Page ___ of ___

/2G19/THU 03:04 PM   MDJ23106          FAX No. 610-921-3625          P. 038

**POLICE CRIMINAL COMPLAINT**

| Docket Number:<br>CR-304-19 | Date Filed:<br>5/2/19 | OTN/LiveScan Number<br>U 704202-2 | Complaint/Incident Number<br>66-19-06347 | |
|---|---|---|---|---|
| Defendant Name: | First<br>KALEY | Middle:<br>ELIZABETH | Last<br>DAMORE | |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered _____ through _____ .

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

_____    5/2/19    De_____
                          (Date)                   (Signature of Affiant)

AND NOW, on this date ___5/2/19___ I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

___23-1-06___
(Magisterial District Court Number)          (Issuing Authority)

AOPC 412A - Rev. 07/18

/2C19/THU 03:05 PM   MDJ23106                    FAX No. 610-921-3625              P. 009

## POLICE CRIMINAL COMPLAINT

| Docket Number: CR 204-19 | Date Filed: 5/2/19 | OTN/LiveScan Number 4 704202-2 | | Complaint/Incident Number 66-19-06347 |
|---|---|---|---|---|
| Defendant Name: First KALEY | | Middle ELIZABETH | | Last DAMORE |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| ☐ Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☒ Conspiracy 18 903 | Number of Victims Age 60 or Older _____ |
|---|---|---|---|---|

| ☒ Lead? | Offense # 1 | Section 3922 | Subsection (a)(1) | of the | PA Crimes Code | Counts 1 | Grade F3 | NCIC Code | AOPC/UCR/NIBRS Code 110    26A |
|---|---|---|---|---|---|---|---|---|---|

| Date of Offense (If Applicable) | Location Number | | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|---|

Statute Description (include the name of the statute or ordinance):
THEFT BY DEC/FLSE IMPRSS

Acts of the accused associated with this Offense:
18PaCS 3922(a)(1) Theft by Deception  f3

IN THAT, on or about said date, THE DEFENDANT intentionally obtained or withheld property, namely, $5000.00 cash, belonging to Dinora Vasquez, by creating or reinforcing a false impression, namely, Vasquez prenented $5000.00 cash to The Bail Shop for bail on her son Jesse Morales, the owner of The Bail Shop is Kaley Damore, also present during the transaction was her father Vincent Smith, the bail was never secured with the court system and Jesse Morales was never bailed out of court.  The Bail Shop has never been certified by PA Insurance Department nor Berks County Clerk of Courts to accept bail and process bail ,as to law, value, intention or other state of mind, this being in violation of section 3922(a)(1) of the PA Crimes Code

| ☐ Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☒ Conspiracy 18 903 | Number of Victims Age 60 or Older _____ |
|---|---|---|---|---|

| ☐ Lead? | Offense # 2 | Section 3925 | Subsection (a) | of the | PA Crimes Code | Counts 1 | Grade F3 | NCIC Code | AOPC/UCR/NIBRS Code 130    280 |
|---|---|---|---|---|---|---|---|---|---|

| Date of Offense (If Applicable) | | | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|---|

Statute Description (include the name of the statute or ordinance):
RECEIVING STOLEN PROPERTY

Acts of the accused associated with this Offense:
PACC 3925(a) Receiving Stolen Property, f3

IN THAT, on or about said date, THE DEFENDANT did intentionally receive, retain or dispose of movable property, namely, $5000.00 cash, belonging to Dinora Vasquez, with no intent to restore it to the owner, knowing that such property was stolen, or believing that it had probably been stolen, in violation of Section 3925(a) of the PA Crimes Code.

IPC 412A - Rev. 07/18

Page ____ of ____

/2019/THU 03:05 PM  MDJ23106                    FAX No. 610-921-3625          P. 010

## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| CR 824-19 | 5/2/19 | 4 704202 -2 | 66-19-06347 |

| Defendant Name | First: | Middle: | Last: |
|---|---|---|---|
| | KALEY | ELIZABETH | DAMORE |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☒ Conspiracy 18 903 | Number of Victims Age 60 or Older |
|---|---|---|---|---|

| Lead? | Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Code | AOPC/UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 3 | 4107 | (a)(2) | | PA Crimes Code | 1 | F3 | 110 | 26B |

| Related (if Applicable) | PennDOT data Statute | | | ☐ Interstate | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
DECEPT/BUSINESS/QUANTITY

Acts of the accused associated with this Offense:
PACC 4107(a)(2) Deceptive or Fraudulent Business Practices

IN THAT, on or about said date, THE DEFENDANT in the course of business, did sell, offer or expose for sale, or deliver less than the represented quantity of a commodity or service, namely, too $5000.00 cash from Dinora Vasquez while purporting to operate as a licensed Bail Agent in Berks County PA then never submitting the bail to the Berks County Court System to get Jesse Morales out of Berks County Prison, Berks County Clerk of Courts has not issued nor is The Bail Shop (owned by Kaley Damore) certified to write bail in Berks County PA, Damore's father Vincent Smith was also present in The Bail Shop during this transaction with the victim Dinora Vasquez, in violation of Section 4107(a)(2) of the Crimes Code.

FILED ON INFORMATION RECEIVED AND INVESTIGATION CONDUCTED.

MAY/02/2019/THU 03:05 PM  MDJ23106                    FAX No. 610-921-3625                          P. 011

<table>
<tr><td colspan="2">POLICE CRIMINAL COMPLAINT</td></tr>
</table>

| Docket Number: CR 204-A | Date Filed: 5/2/19 | OTN/LiveScan Number: 4 704202-2 | Complaint/Incident Number: 66-19-06347 |
| Defendant Name: | First: KALEY | Middle: ELIZABETH | Last: DAMORE |

## AFFIDAVIT OF PROBABLE CAUSE

On April 27, 2019 Dinora Vasquez contacted Muhlenberg Police Officer Samuel Calabria to report the following theft of money from her.

Vasquez went to The Bail Shop on April 15, 2019 located at 2845 N. 5th St. Highway and presented $5000.00 cash to the office staff (Belisa Luna and Ms. Janeyris) in an effort to get her son Jesse Morales bailed out of jail. Kaley Damore is listed as the President of the Company and Bail Agent. Her father Vincent Smith was present in the office during this transaction and was watching as the $5000.00 cash was counted out.

Vasquez came to the Police station on April 27, 2019 as her son still had not been released from jail and that The Bail Shop has not done anything to present the $5000.00 that she gave them in an effort to bail her son out of jail. When Vasquez went back to the Bail Shop to find out what was happening she was told they were waiting on their insurance to be approved so that the bail could be presented.

On April 30, 2019 this Investigator spoke with Beth Bond Deputy Clerk of the Berks County Clerk of Courts. She advised that The Bail Shop and Kaley Damore have never been issued a Bond License to write bail in Berks County and that both Kaley Damore and her father Vincent Smith have had their Bail Bond Agent licenses suspended by both The County of Berks and The PA Insurance Department. This was also confirmed with David J. Sweitzer Divison Chief of Pennsylvania Insurance Department Bureau of Licensing and Enforcement.

FILED ON INFORMATION RECEIVED AND INVESTIGATION CONDUCTED.

I, JAMES A. POLLOCK _____, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

Sworn to me and subscribed before me this 2nd day of May

5/2/19  Date

My commission expires first Monday of January,

AOPC 411C - Rev. 07/18                                                                    Page ___ of ___

# EXHIBIT D

ATTACHMENT D

2019/THU 03:10 PM   MDJ23106          FAX No. 610-921-3625          P. 001

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BERKS



**Arrest Warrant**

Commonwealth of Pennsylvania
v.
Kaley Elizabeth Damore

| | |
|---|---|
| Mag. Dist. No. : | MDJ-23-1-06 |
| MDJ Name : | Honorable Dean R. Patton |
| Address : | 3200 Reading Crest Avenue
Reading, PA 19605 |
| Telephone : | 610-929-4440 |

| | | | |
|---|---|---|---|
| Complaint No: | 66 19 06347 | Issued For: | Kaley Elizabeth Damore |
| Charging Officer: | Pollock, James A, Jr. | Docket No: | MJ-23106-CR-0000204-2019 |
| Arresting Agency: | Muhlenberg Township Police Dept | | |
| Case Filed: | 05/02/2019 | NCIC OFF: | |
| OTN: | U 704202-2 | OOC: | |
| Reason For Warrant: | Felony | WARRANT ID: | DIS708595464 |
| Offense Date: | 04/15/2019 | Warrant Control No: | 23106-AW-0000260-2019 |
| Lead Offense: | 18 § 3922 §§ A1 Theft By Decep-False Impression | | |

**TO THE AGENCY:  Berks County Sheriff**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, Kaley Elizabeth Damore, into custody.  When the defendant is taken into custody, bring the defendant before me at the Court address shown above to answer the complaint charging the defendant with the offense(s) set forth above and further to be dealt with according to law.

Witness the hand and official seal of the issuing authority on this 2nd day of May, 2019.

Replace
last name change



May 02, 2019
_____          _____
Date                              Magisterial District Judge Dean R. Patton

# EXHIBIT E

## Attachment 1

Detach this wallet size license and
carry on your person.

---

Kaley Elizabeth Damore
License Number 656789

License Type: Resident Producer Indv
Effective Date: June 13, 2016
Expiration Date: October 31, 2019

Kaley Elizabeth Damore
5107 STOUDTS FERRY BRIDGE
ROAD
READING, PA  19605

Lines of Authority:
Casualty and Allied Lines,
Property and Allied Lines



5112249164

---

- This is your new License. Please note your new license number and check your lines of authority to be certain they are correct.
- If your license is subject to Continuing Education (CE) requirements, this requirement MUST BE SATISFIED prior to your license expiration date.
  - To obtain information on your CE requirements and current CE status, access www.sircon.com/pennsylvania
- You must notify the Insurance Department of address changes within 30 days of the change.
  - You may report the address change via e-mail sent to ra-in-producer@pa.gov
- For additional information on the services of the Insurance Department visit our website at www.insurance.pa.gov
- You must notify the Insurance Department in writing within 30 days of being charged with any misdemeanor or felony.

**Visit the Pennsylvania Insurance Department's WEB Site at www.insurance.pa.gov**

### DETACH BELOW

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Kaley Elizabeth Damore
Licensee does business under at least one trading name, alias or former name.
License Number 656789

is licensed to engage in the business of insurance in the Commonwealth of Pennsylvania in the capacity
stated below, subject to applicable laws and rules

License Type:    Resident Producer Indv

Effective Date:  June 13, 2016
Expiration Date: October 31, 2019

Kaley Elizabeth Damore
5107 STOUDTS FERRY BRIDGE
ROAD
READING, PA  19605

Lines of Authority:
Casualty and Allied Lines, Property and Allied Lines



5112249164

# EXHIBIT F

`

## Attachment 2

Detach this wallet size license and
carry on your person.

**BAIL SHOP LLC**
**License Number 807072**

License Type: Resident Producer Agy
Effective Date: March 22, 2017
Expiration Date: March 22, 2021

BAIL SHOP LLC
760 CUMBERLAND ST
LEBANON, PA  17042

Lines of Authority:
Casualty and Allied Lines



| IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII |
1172371313

- This is your new License. Please note your new license number and check your lines of authority to be certain they are correct.
- If your license is subject to Continuing Education (CE) requirements, this requirement MUST BE SATISFIED prior to your license expiration date.
  - To obtain information on your CE requirements and current CE status, access www.sircon.com/pennsylvania
- You must notify the Insurance Department of address changes within 30 days of the change.
  - You may report the address change via e-mail sent to ra-in-producer@pa.gov
- For additional information on the services of the Insurance Department visit our website at www.insurance.pa.gov
- You must notify the Insurance Department in writing within 30 days of being charged with any misdemeanor or felony.

**Visit the Pennsylvania Insurance Department's WEB Site at www.insurance.pa.gov**

### DETACH BELOW
-----------------------------------------------------------------------------------

**BAIL SHOP LLC**
**License Number 807072**

is licensed to engage in the business of insurance in the Commonwealth of Pennsylvania in the capacity
stated below, subject to applicable laws and rules

License Type:    Resident Producer Agy

Lines of Authority:
Casualty and Allied Lines

Effective Date:  March 22, 2017
Expiration Date: March 22, 2021

BAIL SHOP LLC
760 CUMBERLAND ST
LEBANON, PA  17042


1172371313

# EXHIBIT G

# Attachment 15

**Reading Eagle Facebook Page May 3, 2019, 1:25 PM**



**Reading Eagle**
May 3 at 1:25 PM ·
Vincent J. Smith and his daughter, Kaley E. Damore, turned themselves in for arraignment Thursday night.
READINGEAGLE.COM

**A Berks man convicted of writing phony bail bonds is charged in the same crime; this time, so is his daughter**

7 Comments 12 Shares

**WFMZ May 3, 2019, 3:22 PM**

MUHLENBERG TWP., Pa. - A Berks County bail bondsman once convicted of writing phony bail bonds is now accused of doing it again.

Vincent Smith and his daughter, Kaley Damore, took thousands of dollars from a woman trying to bail her son out of jail, police said.

"This is despicable behavior," said Berks County District Attorney John Adams.

Investigators said the woman gave $5,000 cash to The Ball Shop on the North Fifth Street Highway in Muhlenberg Township on April 15.

Police said Smith, 58, was there at the time and watched as the money was counted.

1

"I am quite alarmed at the fact that, again, he's involved in bail in Pennsylvania," Adams said.

Smith's license was revoked after he pleaded guilty to forgery in 2015 for writing fake bail bonds.

"This is the type of businessman this individual is," Adams said.

His daughter was also charged in the previous case.

Last Saturday, nearly two weeks after the woman paid the bail, her son was still not out of jail. She asked the company what the holdup was, according to court documents. The staff allegedly told her it was waiting for insurance.

Investigators said the shop doesn't have a license, and Smith and Damore's licenses are suspended.

"That $5,000, at this point, has not been returned to the victim," Adams said. "This is clearly fraudulent. This is clearly another deceitful, deceptive business."

Staff working at The Bail Shop on Friday had no comment on the case.

Smith, 58, of Lower Heidelberg Township, and Damore, 27, of Muhlenberg Township, were charged with theft by deception-false impression, receiving stolen property, and deceptive business practices.

Smith was committed to the Berks County Jail on $10,000 bail; Damore was freed on $25,000 unsecured bail.

2

# EXHIBIT H

## Attachment 16

# Berks DA withdraws charges against pair in bail bonds case

By:
69 News
**Posted:** May 09, 2019 01:52 PM EDT
**Updated:** May 09, 2019 01:52 PM EDT



READING, Pa. - Prosecutors have withdrawn criminal charges against a Berks County man and his daughter in connection with their operation of a bail bonds business.

District Attorney John Adams said law enforcement authorities have insufficient evidence to proceed with their case against Vincent Smith and his daughter, Kaley Damore, at this time. The charges, he added, could be refiled in the future.

Smith, 58, of Lower Heidelberg Township, and Damore, 27, of Muhlenberg Township, were arrested last week on charges of theft by deception - false impression, receiving stolen property, and deceptive business practices.

The charges, officials said, stemmed from their business, The Bail Shop on the North Fifth Street Highway in Muhlenberg Township, being given $5,000 cash by a woman trying to bail her son out of jail. The business, they said, did nothing with the money.

Investigators said The Bail Shop doesn't have a license, and that Smith and Damore's licenses as bail bonds agents are suspended.

Smith pleaded guilty to forgery in 2015 for writing fake bail bonds. His daughter was also charged in that case.